UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

BARNEY L. BURRELL                          CIVIL ACTION NO. 20-0317

VERSUS                                     JUDGE SUMMERHAYS

U.S. COMM'R S.S.A.                         MAGISTRATE JUDGE
                                           WHITEHURST

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate

Judge previously filed herein, and having thoroughly reviewed the record, including

the lack of written objections filed, and concurring with the findings of the

Magistrate Judge under the applicable law;

**IT IS ORDERED** that this matter is DENIED AND DISMISSED WITH

PREJUDICE for failure of the appellant to effect service on the defendant within the

delays allowed and for failure to comply with two court orders.

THUS DONE AND SIGNED at Lafayette, Louisiana, this the 16th day of

March, 2023.

_____
UNITED STATES DISTRICT JUDGE